## Barnes, Appellant, *v.* Elder.

*Appeals—Assignments of error—Findings of fact—Judgment—Lease—Opening judgment.*

Where a judgment entered on a lease for an alleged breach of covenants has been opened, an appeal from the order opening the judgment will not be sustained where the lower court's finding of fact that there had been no breach, is not assigned as error.

Argued October 6, 1920. Appeal, No. 26, Oct. T., 1920, by plaintiff, from order of C. P. Lawrence Co., Dec. T., 1919, No. 70, opening judgment, in case of Thomas V. Barnes v. C. H. Elder et al. Before Brown, C. J., Stewart, Moschzisker, Frazer, Walling, Simpson and Kephart, JJ. Appeal dismissed.

Rule to open judgment. Before Emery, P. J.
The opinion of the Supreme Court states the case.

The court made absolute the rule to open the judgment. Plaintiff appealed.

*Error assigned* was above order, quoting record.

*J. Norman Martin,* of *Martin & Martin,* with him *M. J. Kraus* and *Cunningham & Graham,* for appellant.

*Robert K. Aiken,* with him *J. W. Humphrey* and *T. W. Dickey,* for appellees, were not heard.

PER CURIAM, December 31, 1920:

The judgment which the court below opened was entered on a warrant in a lease authorizing the entry of judgment against the lessee for breach of his covenants. The appellant, the lessor, entered the judgment for an alleged breach of a covenant, but the court found as a fact that there had been no breach. This finding has not been assigned as error, and, being therefore conclusive, the appeal must be dismissed.

Appeal dismissed at appellant's costs.